# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC RAY ALLEN,<br><br>        Petitioner,<br><br>v.<br><br>C. LIVSEY,<br><br>        Respondent. | Case No.: 18-CV-1862 JLS (JMA)<br><br>**ORDER (1) OVERRULING PETITIONER'S OBJECTIONS; (2) ADOPTING REPORT AND RECOMMENDATION; AND (3) DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>(ECF Nos. 7, 8) |

Presently before the Court is Magistrate Judge Linda Lopez's Report and Recommendation ("R&R," ECF No. 8), recommending that the Court dismiss Petitioner Cedric Ray Allen's Petition for Writ of Habeas Corpus (ECF No. 1). Also before the Court are Petitioner's Objections to the R&R (ECF No. 8).[1] Respondent did not file a reply. Having considered the Parties' arguments and the law, the Court **OVERRULES**

///

---

[1] Petitioner also filed an Opposition to Respondent's Motion to Dismiss (ECF No. 9) after Magistrate Judge Lopez issued the R&R. The Court will consider the arguments raised in the Opposition as objections to the R&R.

1

Petitioner's Objections, **ADOPTS** the R&R in its entirety, and **DISMISSES** the Petition **WITHOUT PREJUDICE**.

**STANDARD OF REVIEW**

Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's report and recommendation. The district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673–76 (1980); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). In the absence of timely objection, however, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note (citing *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)).

**ANALYSIS**

Magistrate Judge Lopez recommends that the Court Grant Respondent's Motion to Dismiss (ECF No. 7) and dismiss the Petition because it is unexhausted. *See* R&R at 3. Petitioner objects to Magistrate Judge Lopez's recommendation, arguing that he "fairly presented to the state court in both superior court and appellate court with the same claims he now urges upon the federal courts." ECF No. 9 at 1. The Court reviews de novo those findings to which Petitioner objects.

After reviewing the record de novo, the Court must agree with Magistrate Judge Lopez's recommendation. "A state prisoner must exhaust a federal constitutional claim in state court before a federal court may consider a claim." *Chambers v. McDaniel*, 549 F.3d 1191, 1195 (9th Cir. 2008) (citing 28 U.S.C. § 2254(b)(1)(A), (c)). "A petitioner has satisfied the exhaustion requirement if: (1) he has 'fairly presented' his federal claim to the highest state court with jurisdiction to consider it, or (2) he demonstrates that no state

///

remedy remains available." *Johnson v. Zenon*, 88 F.3d 828, 829 (9th Cir. 1996) (citations omitted).

Here, there is no evidence in the record that Petitioner raised his claims to the California Supreme Court. In fact, Petitioner stated that he presented the claims to the California Superior Court and California Court of Appeals, but not the California Supreme Court, which is the "highest state court with jurisdiction to consider" his claims. *See* ECF No. 9 at 1. Additionally, Magistrate Judge Lopez accessed the electronic database for the California state courts and "was not able to find any indication that Petitioner sought review from the California Supreme Court of his 2016 claims." R&R at 3. Accordingly, the Court finds the Petition contains only unexhausted claims and is subject to dismissal. The Court therefore **OVERRULES** Petitioner's objections and **ADOPTS** Magistrate Judge Lopez's R&R.

## CONCLUSION

In light of the foregoing, the Court (1) **OVERRULES** Petitioner's Objections (ECF Nos. 9, 10), (2) **ADOPTS** in its entirety Magistrate Judge Lopez's R&R (ECF No. 8), and (3) **GRANTS** Respondent's Motion to Dismiss (ECF No. 7) and **DISMISSES** the Petition **WITHOUT PREJUDICE** (ECF No. 1). The Court **DENIES** a certificate of appealability because the issues are not debatable among jurists of reason and there are no questions adequate to deserve encouragement. *See Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003). The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED**

Dated: August 12, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge